# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135481

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RODNEY DOUGLAS KIMBROUGH, JR.,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135481
COA: 279443
Wayne CC: 02-005702

On order of the Court, the application for leave to appeal the November 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

p0421